CAROL LYNN THOMPSON (Bar No. 148079)
CHRISTOPHER F. STOLL (Bar No. 179046)
BRIAN D. MCDONALD (Bar No. 224201)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000 / Facsimile: +1.415.772.6268
Email: christopher.stoll@hellerehrman.com

SHANNON MINTER (SBN 168907)
COURTNEY JOSLIN (SBN 202103)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 570, San Francisco, California 94014
Telephone: (415) 392-6257 / Facsimile: (415) 392-8442
Email: minter@nclrights.org

Attorneys for Proposed Defendant-Intervenor
HASTINGS OUTLAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN LEGAL SOCIETY CHAPTER OF UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW, a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at the University of California, Hastings College of the Law,<br><br>Plaintiff,<br><br>v.<br><br>MARY KAY KANE, in her official capacity as Chancellor and Dean of the University of California, Hastings College of the Law; JUDY CHAPMAN, in her official capacity as Director of Student Services for University of California, Hastings College of the Law; and MAUREEN E. CORCORAN, EUGENE L. FREELAND, CARIN T. FUJISAKI, JOHN T. KNOX, JAN LEWENHAUPT, JAMES E. MAHONEY, BRIAN D. MONAGHAN, BRUCE J. SIMON, JOHN K. SMITH, and TONY WEST, in their official capacities as the Board of Directors of University of California, Hastings College of the Law,<br><br>Defendants. | Case No.: C 04 4484 JSW<br><br>STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR HASTINGS OUTLAW'S MOTION TO INTERVENE<br><br>The Honorable Jeffrey S. White |

WHEREAS, proposed Defendant-Intervenor Hastings OUTLAW ("Outlaw") desires to file the Motion to Intervene attached hereto as Exhibit A;

WHEREAS, Outlaw has provided a copy of its motion to intervene to all parties to this action;

WHEREAS, the existing defendants do not intend to oppose Outlaw's motion to intervene, but plaintiff Christian Legal Society does intend to oppose the motion to intervene;

WHEREAS, the court has no open hearing dates available before September 30, 2005;

WHEREAS, the deadline for all defendants to file summary judgment motions is currently set for August 26, 2005, and unless the court specially sets a hearing on an earlier date, Outlaw's motion to intervene will not be decided until after summary judgment briefs have been filed; and

WHEREAS, no party objects to the hearing being specially set, and all parties are available for a hearing on June 24, 2005 or July 15, 2005.

NOW THEREFORE, the parties to this action, by and through their attorneys, stipulate to the following briefing and hearing schedule:

(1) Outlaw's motion to intervene may be filed immediately;

(2) Any opposition briefs may be filed no later than June 3, 2005;

(3) Outlaw's reply brief may be filed no later than June 10, 2005; and

(4) The Court may hear argument on the motion on June 24, 2005 or July 15, 2005.

Dated: May 19, 2005

HELLER EHRMAN LLP

By: /s/ Christopher F. Stoll
CHRISTOPHER F. STOLL
Attorneys for Proposed Defendant-Intervenors HASTINGS OUTLAW

| | | |
|---|---|---|
| 1 | Dated: May 19, 2005 | HOWARD RICE NEMEROVSKI CANADY FALK & RABIN |
| 2 | | |
| 3 | | By: /s/ Ethan P. Schulman |
| 4 | | ETHAN P. SCHULMAN Attorneys for Defendants MARY KAY |
| 5 | | KANE, in her official capacity as Chancellor and Dean of the University of |
| 6 | | California, Hastings College of the Law; JUDY CHAPMAN, in her official capacity |
| 7 | | as Director of Student Services for University of California, Hastings College |
| 8 | | of the Law; and MAUREEN E. CORCORAN, EUGENE L. FREELAND, |
| 9 | | CARIN T. FUJISAKI, JOHN T. KNOX, JAN LEWENHAUPT, JAMES E. |
| 10 | | MAHONEY, BRIAN D. MONAGHAN, BRUCE J. SIMON, JOHN K. SMITH, and |
| 11 | | TONY WEST, in their official capacities as the Board of Directors of University of |
| 12 | | California, Hastings College of the Law |
| 13 | | |
| 14 | | |
| 15 | Dated: _____ | RELIGIOUS LIBERTY ADVOCATES OF THE CHRISTIAN LEGAL |
| 16 | | SOCIETY |
| 17 | | |
| 18 | | By:_____ |
| 19 | | TIMOTHY J. TRACEY Attorneys for Plaintiff |
| 20 | | CHRISTIAN LEGAL SOCIETY CHAPTER OF UNIVERSITY OF |
| 21 | | CALIFORNIA, HASTINGS COLLEGE OF THE LAW |

Heller Ehrman LLP

- 2 -
STIPULATION AND [PROPOSED] ORDER RE HEARING DATE – CASE NO. C 04-4484 JSW

PAGE 2/2 * RCVD AT 5/20/2005 7:44:21 AM [Pacific Daylight Time] * SVR:SFCSC03/0 * DNIS:3868 * CSID:703 642 1075 * DURATION (mm-ss):00-52

Dated: _____

HOWARD RICE NEMEROVSKI
CANADY FALK & RABIN

By: _____
ETHAN P. SCHULMAN
Attorneys for Defendants MARY KAY KANE, in her official capacity as Chancellor and Dean of the University of California, Hastings College of the Law; JUDY CHAPMAN, in her official capacity as Director of Student Services for University of California, Hastings College of the Law; and MAUREEN E. CORCORAN, EUGENE L. FREELAND, CARIN T. FUJISAKI, JOHN T. KNOX, JAN LEWENHAUPT, JAMES E. MAHONEY, BRIAN D. MONAGHAN, BRUCE J. SIMON, JOHN K. SMITH, and TONY WEST, in their official capacities as the Board of Directors of University of California, Hastings College of the Law

Dated: May 20, 2005

RELIGIOUS LIBERTY ADVOCATES OF THE CHRISTIAN LEGAL SOCIETY

By: _____
TIMOTHY J. TRACEY
Attorneys for Plaintiff
CHRISTIAN LEGAL SOCIETY CHAPTER OF UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW

Heller
Ehrman LLP

- 2 -

[PROPOSED] ORDER RE HEARING DATE – CASE NO. C 04-4484 JSW

# ORDER

Good cause appearing, and pursuant to stipulation, IT IS ORDERED that the Clerk shall set the following dates on the court's calendar:

(1) Hastings Outlaw shall file its motion to intervene upon entry of this order;

(2) Any opposition briefs shall be filed no later than June 3, 2005;

(3) Outlaw's reply brief shall be filed no later than June 10, 2005; and

(4) The court shall hear oral argument on Outlaw's motion on  July 15 , 2005.


Dated: May  23 , 2005

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE – CASE NO. C 04-4484 JSW