CAROL LYNN THOMPSON (Bar No. 148079)
CHRISTOPHER F. STOLL (Bar No. 179046)
BRIAN D. MCDONALD (Bar No. 224201)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000 / Facsimile: (415) 772-6268
Email: christopher.stoll@hellerehrman.com

SHANNON MINTER (Bar No. 168907)
COURTNEY JOSLIN (Bar No. 202103)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 570
San Francisco, CA 94014
Telephone: (415) 392-6257 / Facsimile: (415) 392-8442
Email: minter@nclrights.org

Attorneys for Proposed Defendant-Intervenor
HASTINGS OUTLAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN LEGAL SOCIETY CHAPTER OF UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW, a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at the University of California, Hastings College of the Law,<br><br>Plaintiff,<br><br>v.<br><br>MARY KAY KANE, in her official capacity as Chancellor and Dean of the University of California, Hastings College of the Law; JUDY CHAPMAN, in her official capacity as Director of Student Services for University of California, Hastings College of the Law; and MAUREEN E. CORCORAN, EUGENE L. FREELAND, CARIN T. FUJISAKI, JOHN T. KNOX, JAN LEWENHAUPT, JAMES E. MAHONEY, BRIAN D. MONAGHAN, BRUCE J. SIMON, JOHN K. SMITH, and TONY WEST, in their official capacities as the Board of Directors of University of California, Hastings College of the Law,<br><br>Defendants. | Case No.: C 04 4484 JSW<br><br>**DECLARATION OF MICHAEL W. FLYNN IN SUPPORT OF HASTINGS OUTLAW'S MOTION TO INTERVENE AS A PARTY DEFENDANT**<br><br>Date: July 15, 2005<br>Time: 9:00 a.m.<br><br>The Honorable Jeffrey S. White<br><br>Complaint filed October 22, 2005 |

I, Michael W. Flynn, declare:

1. I am a law student at the University of California, Hastings College of the Law ("Hastings"). I am also a member and Co-Chair of Hastings OUTLAW ("Outlaw"). I make this declaration based on my personal knowledge, and if called upon to do so, I could and would competently testify to the matters stated herein.

2. Outlaw is a registered student organization at Hastings that seeks to combat discrimination on the basis of sexual orientation. The objective of the organization is to educate the Hastings community about issues and concerns specific to lesbians, gay men, bisexuals and transgendered students. In so doing, Outlaw strives to promote a positive atmosphere at Hastings for lesbians, gay men, bisexuals, and transgendered students.

3. Hastings requires all students to pay a student activity fee into a fund which is used to pay various expenses incurred by registered student organizations. Like each member of Outlaw, I am a Hastings student who has paid a student activity fee. I and other members of Outlaw object to the provision of any funds paid by Outlaw members to an organization that discriminates on the basis of sexual orientation.

4. I first learned of this lawsuit in the fall of 2004. Officials of Hastings, including the law school's general counsel, Elyse Traynum, told me at that time that Hastings would keep Outlaw informed of the status of the proceedings. However, Hastings did not inform me that a motion to dismiss had been filed or that a ruling was expected on that motion. It was only shortly after the Court's tentative ruling on Hastings' motion to dismiss in April 2005 that I learned that the suit had progressed. Once Outlaw discovered that the core First Amendment issues were expected to be resolved by cross-motions for summary judgment, Outlaw immediately retained counsel to bring a motion to intervene.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 19, 2005 in San Francisco, California.

Michael W. Flynn

Heller Ehrman LLP

- 1 -
DECLARATION OF MICHAEL W. FLYNN – CASE NO. C 04-4484 JSW