1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CHRISTIAN LEGAL SOCIETY CHAPTER
    OF UNIVERSITY OF CALIFORNIA,
10  HASTINGS COLLEGE OF THE LAW, a/k/a          No. C 04-04484 JSW
    HASTINGS CHRISTIAN FELLOWSHIP,
11
          Plaintiff,
12                                               **ORDER VACATING HEARING
    v.                                           DATE**
13
    MARY KAY KANE, et al.,
14
          Defendants.
15  _____/

16

17        The motion by Hastings OUTLAW to intervene as a defendant in the above captioned

18  matter is currently set for hearing on Friday, July 15, 2005 at 9:00 a.m.  This matter is now fully

19  briefed and ripe for decision.  The Court finds that this matter is appropriate for disposition

20  without oral argument and the matter is deemed submitted.  *See* N.D. Civ. L.R. 7-1(b).

21  Accordingly, the hearing set for July 15, 2005 is VACATED.

22        **IT IS SO ORDERED.**

23

24  Dated: July 13, 2005                        /s/ Jeffrey S. White
                                                _____
25                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
26

27

28

**United States District Court**
For the Northern District of California