IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN LEGAL SOCIETY CHAPTER OF THE UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at University of California, Hastings College of the Law,<br><br>Plaintiff,<br><br>vs.<br><br>MARY KAY KANE, *et al.*,<br><br>Defendants. | Civil Action No.: C 04 4484 JSW<br><br>Action Filed: October 22, 2004<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY CUTOFF AND CONTINUE THE CURRENT BRIEFING SCHEDULE AND HEARING DATE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>Judge: Hon. Jeffery S. White |

Upon consideration of the motion of Christian Legal Society Chapter of the University of California, Hastings College of the Law a/k/a Hastings Christian Fellowship to extend the discovery cutoff in this case to September 15, 2005 and continue the current briefing schedule and hearing date on the parties' cross-motions for summary judgment, any responses thereto, the record of this case, and good cause appearing, it is

HEREBY ORDERED THAT the aforesaid motion of Plaintiff shall be and hereby is GRANTED; and it is

FURTHER ORDERED THAT the discovery cut-off in this matter is extended until September 15, 2005 in order for the parties to take discovery relevant to Defendant Outlaw's interest in this matter; and it is

FURTHER ORDERED THAT the current briefing schedule and hearing date on the parties' cross-motions for summary judgment is continued and the following schedule is

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY CUTOFF AND CONTINUE THE CURRENT BRIEFING SCHEDULE AND HEARING DATE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

No. C 04-04484 JSW

1

adopted:

Plaintiff shall file and serve its motion for summary judgment by September 30, 2005.

Defendant Hastings and Defendant Outlaw shall file and serve their cross-motions for summary judgment/oppositions to Plaintiff's motion by October 14, 2005.

Plaintiff shall file and serve its opposition to Defendants' cross-motions/reply by October 28, 2005.

Defendant Hastings and Defendant Outlaw shall file and serve their replies by November 11, 2005.

The hearing on the parties' cross-motions for summary judgment is HEREBY CONTINUED from October 7, 2005 to December 2, 2005 at 9:00 a.m.

~~SO ORDERED THIS ___ DAY OF _____, _____~~

IT IS SO ORDERED.

Dated: August 5, 2005

_____
Honorable Jeffery S. White
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY CUTOFF AND CONTINUE THE CURRENT BRIEFING SCHEDULE AND HEARING DATE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

No. C 04-04484 JSW

2