

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN LEGAL SOCIETY

       Plaintiff(s),

v.

MARY KAY KANE, et al.

       Defendant(s).

CASE NO. C 04-04484

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Timothy J. Tracey, an active member in good standing of the bar of District of Columbia, whose business address and telephone number is P.O. Box 637, 4208 Evergreen Lane, Ste. 222, Annandale, VA 22003-3264, (703) 642-1070, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Christian Legal Society.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 1 5 2005

                              Jeffrey S. White
                              United States District Judge