IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN LEGAL SOCIETY CHAPTER OF THE UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at University of California, Hastings College of the Law, <br><br> Plaintiff, <br><br> vs. <br><br> MARY KAY KANE, *et al.*, <br><br> Defendants. | Civil Action No.: C 04 4484 JSW <br><br> Action Filed: October 22, 2004 <br><br> STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT <br><br> Judge: Hon. Jeffrey S. White |
| CHRISTIAN LEGAL SOCIETY CHAPTER OF THE UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at University of California, Hastings College of the Law, <br><br> Plaintiff, <br><br> vs. <br><br> HASTINGS OUTLAW, a registered student organization at University of California, Hastings College of the Law, <br><br> Defendant-Intervenor. | |

## STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT

The parties to the above-entitled action show that they desire an additional week to attempt to work out a joint stipulation of facts for the cross-motions for summary judgment scheduled for hearing by this Court on December 2, 2005, and hereby stipulate to continue the current briefing schedule to accommodate this additional week as follows:

1  Plaintiff shall file and serve its motion for summary judgment by October 7, 2005.
2  Defendant Hastings and Defendant-Intervenor Outlaw shall file and serve their cross-
3  motions for summary judgment/oppositions to Plaintiff's motion by October 21, 2005.
4  Plaintiff shall file and serve its opposition to Defendants' cross-motions/reply by
5  November 4, 2005.
6  Defendant Hastings and Defendant-Intervenor Outlaw shall file and serve their replies by
7  November 18, 2005.

10 DATED:     September 26th, 2005.

11                                         CENTER FOR LAW & RELIGIOUS FREEDOM

13                                         By: _____
14                                                Timothy J. Tracey
15                                         Attorneys for Plaintiff

17 DATED:     September ___, 2005.

18                                         HOWARD RICE NEMEROVSKI CANADY
19                                         FALK & RABKIN, A Professional Corporation

21                                         By: _____
22                                                Ethan P. Schulman
23                                         Attorneys for Defendants

1  Plaintiff shall file and serve its motion for summary judgment by October 7, 2005.

2  Defendant Hastings and Defendant-Intervenor Outlaw shall file and serve their cross-
3  motions for summary judgment/oppositions to Plaintiff's motion by October 21, 2005.

4  Plaintiff shall file and serve its opposition to Defendants' cross-motions/reply by
5  November 4, 2005.

6  Defendant Hastings and Defendant-Intervenor Outlaw shall file and serve their replies by
7  November 18, 2005.

8
9
10 DATED:  September ___, 2005.

11                              CENTER FOR LAW & RELIGIOUS FREEDOM
12
13
14                              By: _____
                                        Timothy J. Tracey
15
                                Attorneys for Plaintiff
16
17 DATED:  September 26, 2005.

18
                                HOWARD RICE NEMEROVSKI CANADY
19                              FALK & RABKIN, A Professional Corporation

20
21                              By: /s/ Ethan P. Schulman
22                                      Ethan P. Schulman

23                              Attorneys for Defendants
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER ON                                    No. C 04-04484 JSW
BRIEFING SCHEDULE FOR CROSS-MOTIONS
FOR SUMMARY JUDGMENT

                                        2

1 | DATED: September 26, 2005.

2 | HELLER EHRMAN LLP

4 | By: /s/ Christopher F. Stoll
5 | Christopher F. Stoll

6 | Attorneys for Defendant-Intervenor

7 | The Court DENIES the parties' stipulated request based on their failure to demonstrate good cause for altering the briefing schedule. This Order is without prejudice to the
8 | parties ~~IT IS SO ORDERED.~~ refiling a stipulation upon a showing of good cause.

9 | DATED: September 27, 2005.

12 | THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [~~PROPOSED~~] ORDER ON
BRIEFING SCHEDULE FOR CROSS-MOTIONS
FOR SUMMARY JUDGMENT

No. C 04-04484 JSW

3