ETHAN P. SCHULMAN (No. 112466)
MATTHEW R. SCHULTZ (No. 220641)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

ELISE K. TRAYNUM (No. 127965)
General Counsel and Secretary to the Board
HASTINGS COLLEGE OF THE LAW
UNIVERSITY OF CALIFORNIA
198 McAllister Street, Mezzanine Level
San Francisco, California 94102
Telephone: 415/565-4787
Facsimile: 415/565-4825

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN LEGAL SOCIETY CHAPTER OF UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW, a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at University of California, Hastings College of the Law,<br><br>    Plaintiff,<br><br>v.<br><br>MARY KAY KANE, in her official capacity as Chancellor and Dean of the University of California, Hastings College of the Law; JUDY CHAPMAN, in her official capacity as Director of Student Services for University of California, Hastings College of the Law; et al.,<br><br>    Defendants. | No. C 04 4484 JSW<br><br>Action Filed: October 22, 2004<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER REGARDING PAGE LENGTH LIMITATIONS FOR BRIEFING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DUE FRIDAY, OCTOBER 21, 2005<br><br>Date: December 2, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White |

Defendants' Miscellaneous Administrative Request For Order Regarding Page Length Limitations For Briefing On Defendants' Motion For Summary Judgment And In Opposition To Plaintiff's Motion For Summary Judgment ("Defendants' Administrative Request") by Defendants Mary Kay Kane, in her official capacity as Chancellor and Dean of the University of California, Hastings College of the Law ("Hastings"); Judy Chapman, in her official capacity as Hastings' Director of Student Services; and Maureen E. Corcoran, Eugene L. Freeland, Carin T. Fujisaki, John T. Knox, Jan Lewenhaupt, James E. Mahoney, Brian D. Monaghan, Bruce L. Simon, John K. Smith, and Tony West, in their official capacities as Hastings' Board of Directors (collectively "Defendants") was filed October 18, 2005. The Court having considered the pleadings filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Defendants' Administrative Request is GRANTED, and Defendants are given leave to file a Memorandum of Points and Authorities In Support of Defendants' Motion for Summary Judgment And Opposition To Plaintiff's Motion For Summary Judgment exceeding the page limitations set forth in Civil Local Rule 7-4(b) by no more than five (5) pages.

DATED: October 18, 2005.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

W03 160410001/Y1/1247197/v1

[PROPOSED] ORDER     No. C 04-04484 JSW