IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN LEGAL SOCIETY CHAPTER OF THE UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at University of California, Hastings College of the Law,<br><br>    Plaintiff,<br><br>    *vs.*<br><br>MARY KAY KANE, *et al.*,<br><br>    Defendants. | Civil Action No.: C 04 4484 JSW<br><br>Action Filed: October 22, 2004<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS REQUEST FOR ORDER REGARDING PAGE LENGTH LIMITATION FOR BRIEFING FOR REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>Judge: Hon. Jeffrey S. White |

Upon consideration of the miscellaneous administrative request of Christian Legal Society Chapter of the University of California, Hastings College of the Law f/k/a Hastings Christian Fellowship for an order granting it leave to file a Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendants' Cross-Motions for Summary Judgment exceeding the twenty-five (25) page limitation set for in Civil Local Rule 7-4(b) by no more than five (5) pages, any responses thereto, the record of this case, and good cause appearing, it is

HEREBY ORDERED THAT the aforesaid miscellaneous administrative request of Plaintiff shall be and hereby is GRANTED; and it is

FURTHER ORDERED THAT Plaintiff shall have leave to file a Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendants' Cross-

1  Motions for Summary Judgment exceeding the twenty-five (25) page limitation set for in Civil
2  Local Rule 7-4(b) by no more than five (5) pages.
3       SO ORDERED THIS 2nd DAY OF NOVEMBER, 2005

                                           _____
                                           HONORABLE JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S         No.: C 04 4484 JSW
MISCELLANEOUS REQUEST FOR ORDER
REGARDING PAGE LENGTH LIMITATION

2