```
 1  ETHAN P. SCHULMAN (No. 112466)
    MATTHEW R. SCHULTZ (No. 220641)
 2  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
 3  A Professional Corporation
    Three Embarcadero Center, 7th Floor
 4  San Francisco, California 94111-4024
    Telephone:  415/434-1600
 5  Facsimile:  415/217-5910

 6  ELISE K. TRAYNUM (No. 127965)
    General Counsel and Secretary to the Board
 7  HASTINGS COLLEGE OF THE LAW
    UNIVERSITY OF CALIFORNIA
 8  198 McAllister Street, Mezzanine Level
    San Francisco, California 94102
 9  Telephone:  415/565-4787
    Facsimile:  415/565-4825
10
    Attorneys for Defendants
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN LEGAL SOCIETY CHAPTER OF UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW, a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at University of California, Hastings College of the Law,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARY KAY KANE, in her official capacity as Chancellor and Dean of the University of California, Hastings College of the Law; JUDY CHAPMAN, in her official capacity as Director of Student Services for University of California, Hastings College of the Law; et al.,<br><br>　　　　　　Defendants. | No. C 04 4484 JSW<br><br>Action Filed: October 22, 2004<br><br>[~~PROPOSED~~] ORDER GRANTING HASTINGS DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ORDER EXTENDING PAGE LENGTH LIMITATIONS FOR REPLY MEMORANDUM ON CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>Date:　　December 2, 2005<br>Time:　　9:00 a.m.<br>Judge:　Hon. Jeffrey S. White |

The Miscellaneous Administrative Request For an Order Extending Page Length Limitations For Defendants' Reply Memorandum On Cross-Motions For Summary Judgment by Defendants Mary Kay Kane, in her official capacity as Chancellor and Dean of the University of California, Hastings College of the Law ("Hastings"); Judy Chapman, in her official capacity as Hastings' Director of Student Services; and Maureen E. Corcoran, Eugene L. Freeland, Carin T. Fujisaki, John T. Knox, Jan Lewenhaupt, James E. Mahoney, Brian D. Monaghan, Bruce L. Simon, John K. Smith, and Tony West, in their official capacities as Hastings' Board of Directors (collectively the "Hastings Defendants") was filed November 18, 2005. The Court having considered the Request, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Defendants' Administrative Request is GRANTED, and the Hastings Defendants are given leave to file the accompanying Reply Memorandum In Support of Defendants' Motion for Summary Judgment exceeding the page limitations set forth in Civil Local Rule 7-4(b) by no more than three (3) pages.

DATED: November 21, 2005.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

W03 160410001/166/1252548/v1

-1-