United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN LEGAL SOCIETY CHAPTER
OF UNIVERSITY OF CALIFORNIA,
HASTINGS COLLEGE OF THE LAW, a/k/a
HASTINGS CHRISTIAN FELLOWSHIP,

    Plaintiff,

  v.

MARY KAY KANE, et al.,

    Defendants.
_____/

No. C 04-04484 JSW

**JUDGMENT**

    Pursuant to the Court's Order this date, denying the motion for summary judgment filed by plaintiff Christian Legal Society Chapter of University of California, Hastings College of the Law, a/k/a Hastings Christian Fellowship ("CLS") and granting the cross-motions for summary judgment filed by defendants Mary Kay Kane, Judy Chapman, Maureen E. Corcoran, Eugene L. Freeland, Carin T. Fujisaki, John T. Knox, Jan Lewenhaupt, James E. Mahoney, Brian D. Monaghan, Bruce L. Simon, John K. Smith, and Tony West ("Hastings") and intervenor-defendant Hastings Outlaw ("Outlaw"), judgment is hereby entered in favor of Hastings and Outlaw and against CLS. CLS shall take nothing by way of its complaint.

    **IT IS SO ORDERED.**

Dated: April 17, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE