IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTIAN LEGAL SOCIETY CHAPTER OF THE UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF THE LAW a/k/a HASTINGS CHRISTIAN FELLOWSHIP, a student organization at University of California, Hastings College of the Law,<br><br>      Plaintiff,<br><br>  vs.<br><br>MARY KAY KANE, *et al.*,<br><br>      Defendants. | Civil Action No.: C 04 4484 JSW<br><br>Action Filed: October 22, 2004<br><br>[~~PROPOSED~~] ORDER STAYING THE ORDER TAXING COSTS AGAINST PLAINTIFF PENDING APPEAL<br><br>Judge: Hon. Jeffrey S. White |

Upon consideration of the unopposed motion of Plaintiff Christian Legal Society Chapter of the University of California, Hastings College of the Law a/k/a Hastings Christian Fellowship to stay the order taxing costs pending appeal, any responses thereto, the record of this case, and good cause appearing, it is

HEREBY ORDERED THAT the aforesaid motion of Plaintiff shall be and hereby is GRANTED; and it is

FURTHER ORDERED THAT this Court's Order Taxing Costs Against Plaintiff is stayed pending the outcome of this case on appeal.

SO ORDERED THIS 12 DAY OF __June__, 2006.

                                                       _____
                                                      Honorable Jeffrey S. White
                                                      United States District Judge